M. P. No. 76-82. THE MINDEN CORPORATION *d/b/a* PISCES EAST *v.* DEEB G. SARKAS, *Liquor Control Administrator.* Peti-

tion for writ of certiorari is granted. The parties are directed to discuss the issue, among other issues in this case, of whether or not the fact that a licensee permits disorderly persons to congregate outside a licensed establishment, as well as permitting disorderly incidents to occur inside the establishment, is ground for the non-renewal of a license. Paolino, J. not participating. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for petitioner. *Julius C. Michaelson,* Attorney General, *Forrest Avila,* Special Asst. Attorney General, for respondent.